### GEORGE R. FLONNES *v.* NORWICH SAVINGS SOCIETY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 17002) is denied.

*George R. Flonnes,* pro se, in support of the petition.

Decided September 18, 1997

### THURMAN GOODMAN *v.* COMMISSIONER OF CORRECTION

The petitioner Thurman Goodman's petition for certification for appeal from the Appellate Court (AC 17135) is granted. It is further ordered that the matter be remanded to the Appellate Court for reconsideration in light of this court's decision in *Iovieno* v. *Commissioner of Correction,* 242 Conn. 689 (1997).

In view of our remand without further proceedings in this court, the provisions of Practice Book § 4138 are waived.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided September 18, 1997